January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## IN RE MICHAEL SMITH, A BURN VICTIM IN AIR LIQUIDE EXPLOSION/FIRE

NO. 14-13-00868-CV

_____

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on September 19, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Air Liquide America Specialty Gases, LLC, and its current and former employees William Morgan, Raymond Rodriguez, Wally Mercado, Donna Ables, Shane DeCoux, and Susan Amodeo-Cathey, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.